# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 29, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 0 2 2015

CHRISTOPHER A. PRINE

CLERK _____

Clerk
Court of Appeals of Texas, First District
301 Fannin Street
Houston, TX 77002-2066

Re: Falcon Express International, Inc.
v. DHL Express (USA), Inc.
No. 14-1225
(Your No. 01-10-01080-CV)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk